# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**STEVEN C. MANNION**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 645-3827 |

January 30, 2020

**RECUSAL LETTER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

All counsel of record on the docket sheet.

    Re**:**  NAVAS v. TOWN OF WEST NEW YORK et al
    Civil Action No  2:19-cv-17583-CCC-SCM

Dear Counsel:

    Please be advised that I am recusing myself from this case.  The Clerk's Office will assign another magistrate judge for the pre-trial responsibilities in this case.

    **SO ORDERED.**

*/s/ Steven C. Mannion*
Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/30/2020 12:47:15 PM

Orig.: Clerk of the Court
cc:   Hon. Claire C. Cecchi, U.S.D.J.
      Parties